UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXANDER MEJIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>POLICE CHIEF ADAM DIAZ, *et al.*,<br><br>    Defendants. | NO. CV-09-3113-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is the Stipulation for Order of Dismissal with Prejudice and Without Attorneys' Fees and Costs (Ct. Rec. 9). The parties ask that the above-captioned case be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **dismissed,** with prejudice and without attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel and close the file.

**DATED** this 17th day of February, 2011.

　　　　　　　　　　　 *s/Robert H. Whaley*
　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　United States District Judge

Q:\CIVIL\2009\Mejia\mejia.dismiss.wpd

**ORDER DISMISSING CASE ~ 1**